# United States District Court
## Northern District of Illinois
### Eastern Division

Shirley A. Lane

v.

Kenneth S. Apfel

**JUDGMENT IN A CIVIL CASE**

Case Number: 99 C 2640

DOCKETED

JUL 24 2000

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment be, and the same hereby is, granted in part and denied in part.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment be, and the same hereby is, denied. This cause is hereby remanded to the Commissioner for further action consistent with this Court's Opinion.

Michael W. Dobbins, Clerk of Court

Date: 7/21/2000

Vernita K. Davis, Deputy Clerk

23